1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATTHEW M. KOZLOWSKI,

　　　　Plaintiff,

　　　　　　v

CORRECTIONAL OFFICER OLIVER, et al,

　　　　Defendants.

Case No C 06-3006 JW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

　　　　A settlement conference in this matter was held on <u>January 31, 2008</u>.  The results of that proceeding are indicated below:

(1)　　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒  Plaintiff

☐  Warden or warden's representative

☒  Office of the California Attorney General

☒  Other: California Department of Corrections and Rehabilitation

(2)     The following individuals, parties, and/or representatives did not appear:

(3)     The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying

those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date:  February 4, 2008

Nandor J Vadas
United States Magistrate Judge

1
2
3
4
5
6          UNITED STATES DISTRICT COURT

7          NORTHERN DISTRICT OF CALIFORNIA

8
9    KOZLOWSKI                                No. C 06-3006 JW
10
11   v.                                       CERTIFICATE OF SERVICE

12   OLIVER
     _____/
13
14   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
     District Court, Northern District of California.
15
16   That on _February 4, 2008_, I SERVED a true and correct copy of the attached, by placing
     said copy in a postage paid envelope addressed to the person(s) listed below, by
17   depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office
     delivery receptacle located in the Office of the Clerk.
18
19   **Matthew M. Kozlowski**
     P82055
20   Mule Creek State Prison
     P. O. Box 409020
21   Ione, Ca 95640-9000
22
23                                            RICHARD W. WIEKING, CLERK
24
25
26                                            By:/s/_____
27                                                 Deputy Clerk
28
                                     3