EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
TRACE O. MAIORINO, State Bar No. 179749
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5975
 Fax: (415) 703-5843
 Email: Trace.Maiorino@doj.ca.gov

Attorneys for Defendant Randall Ralston

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW M. KOZLOWSKI,<br><br>                       Plaintiff,<br><br>v.<br><br>OLIVER, et al.,<br><br>                       Defendants. | C 06-03006 JW (PR)<br><br>STIPULATION AND<br>[PROPOSED] ORDER OF<br>DISMISSAL |

Following a mediation with the Honorable Magistrate Judge Nandor Vadas, the parties agree as follows:

A. Plaintiff Matthew M. Kozlowski (Plaintiff) filed his Complaint in this action on May 3, 2006, and the Court ordered service on May 3, 2007 (Ct. Docket Nos. 1, 9.)

B. In his Complaint, Plaintiff alleges that on December 4, 2005, while he was being moved to his cell at Salinas Valley State Prison Defendant Ralston subjected him to excessive force in violation of 42 U.S.C. § 1983. Additionally, Plaintiff claimed that Defendant was deliberately indifferent to Plaintiff's serious medical needs.

Stip. & [Prop.] Order Dismissal                                                            M.W. Kozlowski v. Oliver, et al.
                                                                                                                                                   C 06-03006 JW (PR)

1

C. In its Order of Service, the Court screened Plaintiff's Complaint and found that liberally construed, Plaintiff's Complaint stated cognizable claims of: (1) excessive force and (2) deliberate indifference to a serious medical condition. (Ct. Docket No. 9.) The Court ordered service of Plaintiff's Complaint on Defendant. (*Id.*)

D. The Court referred this matter to Magistrate Judge Vadas for mediation. (Ct. Docket No. 29.)

E. The parties mediated this matter before Magistrate Judge Vadas on January 31, 2008 at Mule Creek State Prison, Ione, California and reached a full and final settlement of this action. The parties wish to fully resolve all matters which were or could have been asserted in this action. Therefore, they now enter into this stipulation to fully settle and discharge all claims that are, or might have been, the subject matter of the action, upon the terms and conditions set forth below.

IN ACCORDANCE WITH MATTERS DISCUSSED BY MAGISTRATE JUDGE VADAS AND THE PARTIES AT THE JANUARY 31, 2008 MEDIATION, THE PARTIES STIPULATE AS FOLLOWS:

1. Plaintiff agrees to the voluntary dismissal with prejudice of the above-captioned action under Federal Rule of Civil Procedure 41(a).

2. In consideration for a release of all claims and a stipulation of dismissal in this action, the California Department of Corrections and Rehabilitation (CDCR), on behalf of Defendant, agrees to the following: (1) to pay Plaintiff Five Thousand Dollars and no cents ($5,000); and (2) to withdraw the CDC 115 Rules Violation Report (RVR) Log No. A05-12-0006 from Plaintiff's central file (C-file).

3. At the time that Plaintiff signs this stipulation, he shall also sign and return to defense counsel a Payee Data Record form. Upon receipt of the executed Stipulation and Order of Dismissal and Payee Data Record Form, CDCR will have up to ninety days to: (1) issue the settlement payment check; and (2) to withdraw the CDC 115 Rules Violation Report (RVR) Log No. A05-12-006 from Plaintiff's central file (C-file).

///

Stip. & [Prop.] Order Dismissal

*M.W. Kozlowski v. Oliver, et al.*
C 06-03006 JW (PR)

4. Plaintiff expressly waives and assumes the risk of any and all claims for damages that exist as of this date, but that he does not know or suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and that, if known, would materially affect his decision to enter into this settlement agreement. Plaintiff has read the contents of California Civil Code Section 1542, and he expressly waives the benefits of this section. Section 1542 reads as follows: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

5. In consideration of the obligations set forth in paragraph 2, Plaintiff completely releases and forever discharges Defendant, all served and unserved defendants, CDCR, CDCR's agents and employees, Salinas Valley State Prison, and any unnamed defendants, from any and all claims that are the subject of the action as alleged in Plaintiff's Complaint that are based on, related to, or derived from the alleged acts or omissions of Defendant, CDCR, or Salinas Valley State Prison as alleged in Plaintiff's Complaint filed in this action.

6. Under California Penal Code Section 2085.5, all outstanding restitution orders and fines must first be paid directly from this settlement. The restitution fines and fees, if any, shall be deducted from the settlement proceeds, and the remainder of the settlement amount will be issued by check payable to Plaintiff. The parties understand that at the time of the settlement, Plaintiff owed ten thousand dollars ($10,000) in restitution.

7. This agreement does not constitute an admission of liability or any wrongdoing on behalf of any party.

8. Each party shall bear his own attorneys' fees and costs.

9. This stipulation shall constitute the entire agreement between the parties arising from the allegations alleged in this action, and the parties expressly understand and agree they have freely and voluntarily entered into this stipulation. The stipulation may not

Stip. & [Prop.] Order Dismissal

M.W. Kozlowski v. Oliver, et al.
C 06-03006 JW (PR)

3

be altered, amended, modified, or otherwise changed in any respect except by a writing duly executed by the parties to this agreement.

IT IS SO STIPULATED.

Dated: February ____, 2008

MATTHEW M. KOZLOWSKI, PLAINTIFF

Dated: February 4, 2008

KAYE BASSETT, STAFF COUNSEL
Office of Legal Affairs
California Department of Corrections and Rehabilitation

Dated: February 6, 2008

TRACE O. MAJORINO
Deputy Attorney General
Attorneys for Defendant Ralston

ORDER

IT IS HEREBY ORDERED

The parties reached a settlement at the January 31, 2008 mediation with Magistrate Judge Vadas. The terms of that settlement include an agreement to:

(1) pay Plaintiff Five Thousand Dollars and no cents ($5,000); and

(2) to withdraw the CDC 115 Rules Violation Report (RVR) Log No. A05-12-0006 from Plaintiff's central file (C-file).

Based on the resolution reached, this case shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: February 19, 2008

THE HONORABLE JAMES WARE
United States District Court Judge

Stip. & [Prop.] Order Dismissal

M.W. Kozlowski v. Oliver, et al.
C 06-03006 JW (PR)

4

1  be altered, amended, modified, or otherwise changed in any respect except by a writing
2  duly executed by the parties to this agreement.
3  IT IS SO STIPULATED.
4
5  Dated: February 06, 2008
6  *Kozlowski Matthew* (signature)
   MATTHEW M. KOZLOWSKI, PLAINTIFF
7
8  Dated: February ___, 2008
9  KAYE BASSETT, STAFF COUNSEL
   Office of Legal Affairs
   California Department of Corrections and
10 Rehabilitation
11 Dated: February ___, 2008
12 TRACE O. MAIORINO
   Deputy Attorney General
13 Attorneys for Defendant Ralston
14
15
                            ORDER
16
17 IT IS HEREBY ORDERED
18 The parties reached a settlement at the January 31, 2008 mediation with Magistrate Judge
   Vadas. The terms of that settlement include an agreement to:
19
20 (1) pay Plaintiff Five Thousand Dollars and no cents ($5,000); and
21 (2) to withdraw the CDC 115 Rules Violation Report (RVR) Log No. A05-12-0006 from
   Plaintiff's central file (C-file).
22
23 Based on the resolution reached, this case shall be dismissed with prejudice.
24 IT IS SO ORDERED.
25 Dated: _____
26 THE HONORABLE JAMES WARE
   United States District Court Judge
27
28

Stip. & [Prop.] Order Dismissal

*M.W. Kozlowski v. Oliver, et al.*
C 06-03006 JW (PR)

4

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **M.W. Kozlowski v. Oliver, et al.**

No.: **C 06-03006 JW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 7, 2008**, I served the attached

**STIPULATION AND [Proposed] ORDER OF DISMISSAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| **Matthew Mark Kozlowski, P-82055**<br>Mule Creek State Prison<br>P.O. Box 409099<br>Ione, CA 95640<br>Pro Per | **The Honorable Nandor Joseph Vadas**<br>United States District Court<br>P.O. Box 1306<br>Eureka, CA 95502 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 7, 2008**, at San Francisco, California.

_____
T. Oakes
Declarant

_____
Signature

40215939.wpd